(No. 14092.—Writ dismissed.)
THE PEOPLE OF THE STATE OF ILLINOIS, Defendant in Error, *vs.* NICHOLAS KORAK, Plaintiff in Error.

*Opinion filed December 22, 1921.*

CRIMINAL LAW—*writ of error will be dismissed for failure to file assignment of errors.* Where a plaintiff in error in a criminal case has failed to assign errors at the time of filing his record in the Supreme Court according to rule 11 and has made no request for leave to file an assignment of errors, the judgment against him will not be affirmed but his writ of error will be dismissed.

WRIT OF ERROR to the Criminal Court of Cook county; the Hon. JOSEPH H. FITCH, Judge, presiding.

JOHN T. BYRNES, for plaintiff in error.

EDWARD J. BRUNDAGE, Attorney General, ROBERT E. CROWE, State's Attorney, and EDWARD C. FITCH, (HENRY T. CHACE, JR., EDWARD E. WILSON, and CLYDE C. FISHER, of counsel,) for the People.

Mr. CHIEF JUSTICE STONE delivered the opinion of the court:

Plaintiff in error was indicted in the criminal court of Cook county on the charge of taking indecent liberties with Josephine Pozgaj, a female child under the age of fifteen years, to-wit, of the age of seven years. The jury returned a verdict on January 11, 1921, finding him guilty and finding his age to be forty-five years, and he has sued out a writ of error to review the judgment entered on the verdict.

On May 21, 1921, plaintiff in error filed a transcript of the record and the original bill of exceptions, the use of the latter being stipulated. On September 14, 1921, he filed a brief and argument and an abstract of the record in the cause. No errors are assigned on the record filed in the case. While the abstract contains what purports to

be an assignment of errors, none appear on the record. By rule 11 of the rules of practice of this court a plaintiff in error is required in all cases to assign errors at the time of filing his record in this court, and on failing to do so the case may be dismissed or the judgment or decree affirmed. No errors were assigned at the time of the filing of the record in this case and no request for leave to do so has been filed since. The judgment in this case should not for this reason be affirmed, however, but the writ will be dismissed.

*Writ dismissed.*